IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ROOFR, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1852 (RGA) |

## ROOFR'S UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS

Defendant Roofr, Inc. respectfully moves for a five-page extension of the page limits for opening and answering briefs related to its anticipated motion to dismiss Plaintiffs Pictometry International Corp. and Eagle View Technologies, Inc.'s Amended Complaint (D.I. 12). The grounds for Roofr's motion are as follows:

1. The initial Complaint in this action was filed on December 29, 2021. D.I. 1. It contained 19 pages of allegations in support of claims for the infringement of two patents, U.S. Patent Nos. 9,183,538 and 10,648,800. *Id*.

2. On March 11, 2022, Roofr moved to dismiss the initial Complaint on the grounds that the '538 and '800 patents are directed to abstract ideas. D.I. 8. Roofr filed a 20-page opening brief in support of its motion containing an analysis of both patents under the two-step framework set forth in *Alice Corp. Pty. Ltd. v. CLS Bank Int'l,* 573 U.S. 208 (2014). D.I. 9.

3. In lieu of opposing Roofr's motion, Plaintiffs responded by amending their complaint to add 12 pages of additional factual allegations. D.I. 12. The amended complaint also contains a claim for infringement of a third patent, U.S. Patent No. 8,170,840. *Id*.

4. Roofr intends to file a motion to dismiss Plaintiffs' Amended Complaint on May 6, 2022 (*see* D.I. 16) and respectfully requests five additional pages for its opening brief in support of its motion. Roofr submits that a modest extension of the page limit is warranted to properly address Plaintiffs' new factual allegations and the additional patent in a way that will be most helpful to the Court.

4. Pursuant to D. Del. LR 7.1.1, the parties have conferred and counsel for Plaintiffs stated that they do not oppose Roofr's request, as long as Plaintiffs receive five additional pages for their opposition brief.

OF COUNSEL:

Yury Kapgan
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000

Kevin P.B. Johnson
Dallas Bullard
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
(650) 801-5000

Ron Hagiz
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000

May 2, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ROOFR, INC., <br><br> Defendant. | C.A. No. 21-1852 (RGA) |

**[PROPOSED] ORDER**

Having considered Defendant Roofr, Inc.'s Unopposed Motion for Extension of Page Limits,

IT IS HEREBY ORDERED that Roofr's motion is GRANTED.  Roofr may file an opening brief in support of its anticipated motion to dismiss of no more than 25 pages (or 6,250 words), and Plaintiffs may file an answering brief in opposition to Roofr's motion of the same length.

Date: _____            _____
                                                                                      UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 2, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Andrew E. Russell, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| L. Kieran Kieckhefer, Esquire<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, CA  94105<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Matthew G. Berkowitz, Esquire<br>Patrick Colsher, Esquire<br>Yue (Joy) Wang, Esquire<br>SHEARMAN & STERLING LLP<br>1460 El Camino Real, 2nd Floor<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)