IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PICTOMETRY INTERNATIONAL CORP. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROOFR INC., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 21-1852-RGA |

**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the Court issued an oral order (D.I. 52) that the parties file a joint status report regarding the pending IPRs and the stay of this matter that is currently in effect; and

WHEREAS, two of the three IPRs were instituted by the PTAB; and

WHEREAS, Plaintiff has sought review of the decisions instituting IPR; and

WHEREAS, Defendant may seek review of the decision not instituting the third IPR; and

WHEREAS, the parties agree to extend the stay at least pending efforts to seek review of the institution decisions.

THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that stay of this matter be continued at least through and including November 15, 2023, at which point the parties will submit another joint status report.

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ Jeremy A. Tigan* |
| Karen E. Keller (No. 4489) | Jack B. Blumenfeld (No. 1014) |
| Andrew E. Russell (No. 5382) | Jeremy A. Tigan (No. 5239) |
| Nathan R. Hoeschen (No. 6232) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| SHAW KELLER LLP | 1201 North Market Street |
| I.M. Pei Building | P.O. Box 1347 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 298-0700 | jblumenfeld@morrisnichols.com |
| kkeller@shawkeller.com | jtigan@morrisnichols.com |
| arussell@shawkeller.com | *Attorneys for Defendant* |
| nhoeschen@shawkeller.com | |
| *Attorneys for Plaintiff* | |

Dated: August 18, 2023

      SO ORDERED this _____ day of August, 2023.

                                                      _____
                                                    United States District Judge