IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ROOFR INC., <br><br> Defendant. | C.A. No. 21-1852-RGA |

**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the parties previously submitted a status report notifying the Court that the PTAB had instituted IPRs on two of the three petitions, and that the parties planned to seek review of the orders granting and denying institution (D.I. 57 and 58);

WHEREAS, the parties also agreed to submit a further report on the status of the IPRs by November 15, 2023 (*Id.*);

WHEREAS, the PTAB has since denied the requests to review the institution decisions in the two instituted IPRs and has not yet ruled on the request to review the denial of institution on the third IPR petition;

WHEREAS, the PTAB is expected to issue final written decisions on the two instituted IPRs by July 21, 2024; and

WHEREAS, the parties agree to extend the stay at least pending the issuance the final written decisions on the instituted IPRs;

THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that stay of this matter be continued at least through and including July 21, 2024 and

request that the Court schedule a status conference for shortly thereafter.

| | |
|---|---|
| */s/ Nathan R. Hoeschen* | */s/ Jeremy A. Tigan* |
| Karen E. Keller (No. 4489) | Jack B. Blumenfeld (No. 1014) |
| Andrew E. Russell (No. 5382) | Jeremy A. Tigan (No. 5239) |
| Nathan R. Hoeschen (No. 6232) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| SHAW KELLER LLP | 1201 North Market Street |
| I.M. Pei Building | P.O. Box 1347 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 298-0700 | jblumenfeld@morrisnichols.com |
| kkeller@shawkeller.com | jtigan@morrisnichols.com |
| arussell@shawkeller.com | *Attorneys for Defendant* |
| nhoeschen@shawkeller.com | |
| *Attorneys for Plaintiffs* | |

Dated: November 15, 2023

SO ORDERED this  16th  day of November, 2023.

/s/ Richard G. Andrews
U.S.D.J.