IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ROOFR INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 21-1852-RGA |

**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the parties previously submitted a status report notifying the Court that expected to issue final written decisions on the two instituted IPRs (D.I. 60);

WHEREAS, on July 11, 2024, the PTAB issued final written decisions in the two instituted IPRs;

WHEREAS, the parties agree to extend the stay at least until after the deadline to file an appeal of the final written decisions on the instituted IPRs, on September 12, 2024;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that stay of this matter be continued at least through and including September 12, 2024, and that the parties will file a joint status report within one week after that date.

| | |
|---|---|
| */s/ Andrew E. Russel* | */s/ Jeremy A. Tigan* |
| Karen E. Keller (No. 4489) | Jack B. Blumenfeld (No. 1014) |
| Andrew E. Russell (No. 5382) | Jeremy A. Tigan (No. 5239) |
| Nathan R. Hoeschen (No. 6232) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| SHAW KELLER LLP | 1201 North Market Street |
| I.M. Pei Building | P.O. Box 1347 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 298-0700 | jblumenfeld@morrisnichols.com |
| kkeller@shawkeller.com | jtigan@morrisnichols.com |
| arussell@shawkeller.com | *Attorneys for Defendant* |
| nhoeschen@shawkeller.com | |
| *Attorneys for Plaintiffs* | |

Dated: July 23, 2024

SO ORDERED this _____ day of July, 2024.

_____
U.S.D.J.