IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>ROOFR INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 21-1852-RGA<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER**

WHEREAS, the parties previously agreed to extend the stay at least until after the deadline to file an appeal of the final written decisions on the instituted IPRs, on September 12, 2024 (D.I. 63);

WHEREAS, Pictometry International Corp. has filed appeals of the final written decisions on the instituted IPRs;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that stay of this matter be continued at least until the resolution of the pending appeals, and that the parties will file a joint status report within one week after that date. The parties further agree that, if the appeals have not resolved by September 12, 2025, the parties will file a joint status report within one week after that date.

2

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Jeremy A. Tigan* |
| Karen E. Keller (No. 4489) | Jack B. Blumenfeld (No. 1014) |
| Andrew E. Russell (No. 5382) | Jeremy A. Tigan (No. 5239) |
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| I.M. Pei Building | 1201 North Market Street |
| 1105 North Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 298-0700 | (302) 658-9200 |
| kkeller@shawkeller.com | jblumenfeld@morrisnichols.com |
| arussell@shawkeller.com | jtigan@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Dated: September 19, 2024

SO ORDERED this __19th__ day of September, 2024.

                                                  /s/ Richard G. Andrews  
                                                  U.S.D.J.