IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EAGLE VIEW TECHNOLOGIES, INC., et al.,

        Plaintiffs,

        v.

ROOFR, INC.,

        Defendant.

Civil Action No. 21-1852-RGA

**O R D E R**

WHEREAS, the above-captioned case was initially stayed on March 30, 2023, due to *inter partes* review proceedings pending before the Patent Trial and Appeal Board ("PTAB") (D.I. 52);

WHEREAS, appeals have been filed regarding the final written decisions on the instituted IPRs and the stay has been extended (D.I. 66);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the appeals have been resolved so that this case may be reopened and other appropriate action may be taken.

September 20, 2024
DATE

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE