IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL CORP., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 21-1852-RGA |
| ROOFR INC., | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties previously stipulated, and the Court ordered, that this case shall be stayed until resolution of the pending appeals of final written decisions in the instituted IPRs (D.I. 65). The parties agreed that, if the appeals had not resolved by September 12, 2025, the parties would file a joint status report within one week after that date (*id.*).

The parties hereby report that the appeals of the instituted IPRs remain pending. The appeals are fully briefed, and the parties are waiting for the Court of Appeals for the Federal Circuit to set the appeals for oral argument.

*/s/ Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

*/s/ Jeremy A. Tigan*
Jack B. Blumenfeld (No. 1014)
Jeremy A. Tigan (No. 5239)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
*Attorneys for Defendant*

Dated: September 19, 2025